```
THOMAS P. O'BRIEN                                Entered
United States Attorney                           JS-6
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
MARCUS M. KERNER
California State Bar No. 107014
Assistant United States Attorney
    411 West Fourth Street, Suite 8000
    Santa Ana, CA 92701
    Telephone: (714) 338-3532
    Facsimile: (714) 338-3523
    E-mail   : marcus.kerner@usdoj.gov
Attorneys for Defendant,
Michael J. Astrue, Commissioner of
Social Security
```

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION
JUN 15 2009
CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARLOS CARRILLO, | No. CV 08-8504-RNB |
| Plaintiff, | JUDGMENT OF REMAND |
| v. | |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

The Court having received and approved Stipulation to Voluntary Remand pursuant to Sentence 4 of 42 U.S.C. § 405(g),

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment shall be entered remanding this action to the Commissioner of Social Security for further action consistent with the Stipulation for Voluntary Remand pursuant to Sentence Four of 42 U.S.C. § 405(g) lodged concurrent with the lodging of the within Judgment.

DATED: June 15, 2009

_____
HONORABLE ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE